IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CV-373(D)

| | |
|---|---|
| WORLDWIDE LANGUAGE RESOURCES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MISSION ESSENTIAL PERSONNEL, LLC, and RAMAZAN RUZGANI, | ) ) ) |
| Defendants. | ) ) |

### STIPULATION OF VOLUNTARY DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE

Plaintiff WorldWide Language Resources, Inc. and Defendants Mission Essential Personnel, LLC and Ramazan Ruzgani, by and through their respective counsel of record, hereby give notice of the voluntary dismissal, with prejudice, of all claims and counterclaims against all parties in the above-captioned action pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party shall bear its own costs and fees.

Respectfully submitted this 20th day of April, 2010.

        WYRICK ROBBINS YATES & PONTON LLP

          /s/ Jennifer M. Miller
        Benjamin N. Thompson (NC Bar No. 9005)
        Jennifer M. Miller (NC Bar No. 25340)
        J. Kellam Warren (NC Bar No. 26811)
        Post Office Drawer 17803
        Raleigh, NC 27619
        Telephone: (919) 781-4000
        Facsimile: (919) 781-4865

        *COUNSEL FOR PLAINTIFF WORLDWIDE LANGUAGE RESOURCES, INC.*


        MOORE & VAN ALLEN PLLC


          /s/ David E. Fox (by Jennifer M. Miller with express permission)
        David E. Fox (NC Bar No. 10332)
        Michael J. Byrne (NC Bar No. 23577)
        Post Office Box 13706
        Research Triangle Park, NC 27709
        Telephone: (919) 826-8025


          /s/ Anthony C. White (by Jennifer M. Miller with express permission)
        Anthony C. White
        O. Judson Scheaf, III
        THOMPSON HINE LLP
        41 South High Street, Suite 1700
        Columbus, OH 43215
        Telephone: (614) 469-3200
        Facsimile: (614) 469-3361

        *COUNSEL FOR DEFENDANTS MISSION ESSENTIAL PERSONNEL, LLC and RAMAZAN RUZGANI*